IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES C. PIERSON, | ) | |
| | ) | Case No. 3:11-cv-1126 |
| Plaintiff, | ) | |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| QG, LLC, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Plaintiff James C. Pierson gives notice of his appeal to the U.S. Court of Appeals for the Sixth Circuit from the final judgment order (ECF No. 69) entered on May 7, 2013.

Respectfully submitted,

s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I electronically filed and served this Notice of Appeal using the Court's CM/ECF system upon Cyrus L. Booker, Booker Legal Group, P.C., 1720 West End Avenue, Suite 640, Nashville, Tennessee 37203 and Bethany C. McCurdy, Gonzalez, Saggio & Harlan, LLP, 111 East Wisconsin Avenue, Suite 1000, Milwaukee, Wisconsin 53202 on June 6, 2013.

s/Douglas B. Janney III
Douglas B. Janney III