IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES C. PIERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-1126 |
| | ) | Judge Trauger |
| QUAD/GRAPHICS PRINTING CORP., | ) | |
| QUAD/GRAPHICS, INC., | ) | |
| QG PRINTING CORP., and QG, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### **O R D E R**

It is hereby **ORDERED** that the defendant shall respond to the plaintiff's Motion For Stay of Execution on Taxation of Costs (Docket No. 86) by Monday, July 29, 2013.

It is so **ORDERED**.

ENTER this 26th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge