IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES C. PIERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-1126 |
| | ) | Judge Trauger |
| QG, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

The parties have informed the court that this case should be dismissed with prejudice. It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Rule 41, Federal Rules of Civil Procedure. This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 31st day of March 2015.

_____
ALETA A. TRAUGER
U.S. District Judge